1

2

3

4

5

6

7   UNITED STATES DISTRICT COURT

8   CENTRAL DISTRICT OF CALIFORNIA

9

10   FRANK GOLISCH,                              )   No. CV 15-190 BRO (FFMx)
                                                 )
11                        Plaintiff,             )   ORDER SUMMARILY REMANDING
                                                 )   ACTION TO STATE COURT
12        v.                                     )
                                                 )
13   DAVID MCNEIL, JOHN MCNEIL,                  )
     AND CHRIS MCNEIL, DOES 1 to 10,             )
14                                               )
                          Defendants.            )
15   _____)

16        The Court will remand this action to state court summarily because Defendants

17   removed it improperly.

18        On January 9, 2015, Defendants David McNeil, John McNeil, and Chris McNeil,

19   having been sued in what appears to be a routine unlawful detainer action in California

20   state court (Los Angeles Superior Court Case No. 14P08379), filed a Notice of Removal

21   of that action to this Court and also presented applications to proceed *in forma pauperis*.

22        The Court has denied the *in forma pauperis* applications under separate cover

23   because the Court lacks jurisdiction over the action.  To prevent the action from

24   remaining in jurisdictional limbo, the Court issues this Order to remand the action to state

25   court.

26        Simply stated, as the Court has previously determined, Plaintiff could not have

27   brought this action in federal court in the first place, in that Defendants do not

28   competently allege facts supplying either diversity or federal-question jurisdiction, and

therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Even if complete diversity of citizenship existed, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, Pasadena Courthouse, 300 East Walnut Street, Pasadena, California 91101 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 1./4./5

BEVERLY REID O'CONNELL
United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

2